# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 16, 2010

139973

LAURA J. POWERS,
      Plaintiff-Appellee,

v

PIONEER RESOURCES, INC.,
      Defendant-Appellant.

_____/

SC: 139973
COA: 291961
WCAC: 05-000073

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

On order of the Court, the application for leave to appeal the October 2, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Workers' Compensation Appellate Commission. On remand, the Workers' Compensation Appellate Commission shall clarify the reasons for or modify its award of analgesic treatment of plaintiff's back in light of its factual finding that the condition of plaintiff's back is no longer the result of her work-related injury. The Workers' Compensation Appellate Commission shall file its clarification or modified award with the Clerk of this Court within 56 days of the date of this order.

We retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 16, 2010

_____
Clerk

0413